IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:17-CR-00403 |
| | : | |
| v. | : | |
| | : | |
| RAYMOND KRAYNAK, | : | |
| | : | |
| Defendant | : | |

## PLEA

AND NOW, this 21st day of December, 2017, the within named defendant, hereby enters a plea of Not Guilty to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)