AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
USMS HARRISBURG, PA

2017 DEC 20 PM 5: 32

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| RAYMOND KRAYNAK | ) Case No. 1:17-CR-403 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RAYMOND KRAYNAK,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) UNLAWFUL DISTRIBUTION AND DISPENSING OF A CONTROLLED SUBSTANCE

Date: 12/20/2017

*Issuing officer's signature*

City and state: Harrisburg, PA

Victoria Edleblute, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/20/17, and the person was arrested on *(date)* 12/21/17
at *(city and state)* Mount Carmel.

Date: 12/21/17

*Arresting officer's signature*

Michael Tangert
*Printed name and title*

USPS LEGAL/ARB PA
2017 DEC -- 5 32

