IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA      :
                              :
        v.                    :
                              : No. 4:17-CR-403
RAYMOND KRAYNAK,              :
                              :
        Defendant.            : Judge Brann
```

**PRAECIPE FOR ENTRY OF APPEARANCE**

Kindly enter my appearance as counsel on behalf of Mary Ann Kraynak, as an interested third-party pursuant to 21 U.S.C. § 853 in the above-captioned matter.

Dated:   May 17, 2018

                MIELE & RYMSZA, P.C.

                By:   s/ Edward J. Rymsza
                      Edward J. Rymsza, Esq.
                      Pa. I.D. No. 82911
                      Attorney for Mary Ann Kraynak
                      125 East Third Street
                      Williamsport, PA  17701
                      (570) 322-2113
                      (570) 322-8813 (facsimile)
                      rymsza@comcast.net

**CERTIFICATE OF SERVICE**

I, Edward J. Rymsza, Esq., hereby certify that on this 17th day of May 2018, I served the foregoing Entry of Appearance upon William Behe, Esq. and Thomas Thornton, Esq. by electronic mail.

Dated: May 17, 2018

                      MIELE & RYMSZA, P.C.

                      By: s/ Edward J. Rymsza
                           Edward J. Rymsza, Esq.
                           Pa. I.D. No. 82911
                           Attorney for Mary Ann Kraynak
                           125 East Third Street
                           Williamsport, PA 17701
                           (570) 322-2113
                           (570) 322-8813 (facsimile)
                           Rymsza@comcast.net