# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00403 |
| v. | (Judge Brann) |
| RAYMOND KRAYNAK, | |
| Defendant. | |

## ORDER

**AUGUST 21, 2018**

1. On August 3, 2018, Defendant Raymond Kraynak submitted an updated Financial Affidavit. ECF No. 32.

2. On the basis of this Financial Affidavit, the Court finds that Mr. Kraynak is financially unable to obtain counsel, and is not waiving the right to counsel.

3. Therefore, **IT IS HEREBY ORDERED** that the Office of the Federal Public Defender, Thomas A. Thornton, Esquire, 100 Chestnut Street, Suite 306, Harrisburg, PA 17101, is appointed to represent Mr. Kraynak in all matters pertaining to the above-captioned case. However, if the Court later finds that Mr. Kraynak is financially able to obtain counsel, or is able to make partial payment for the representation, the Court may terminate the

appointment of Mr. Thornton or authorize payment as provided in 18 U.S.C. § 3006A(f).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge