IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 4:17-CR-000403 |
| | : |
| v. | : (Judge Brann) |
| | : |
| RAYMOND KRAYNAK | : (Electronically Filed) |

ORDER
AUGUST 21, 2018

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On December 20, 2017, an Indictment was filed charging Raymond Kraynak with the unlawful distribution an dispensing of a controlled substance, in violation of 21 U.S.C. § 841(a)(1) (Counts 1 through 12); unlawful distribution and dispensing of a controlled substance resulting in death, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Counts 13-17); and maintaining drug-involved premises, in violation of 21 U.S.C. § 856(a)(1) (Count 18 and 19).

On December 21, 2017, Raymond Kraynak appeared before Magistrate Judge Susan E. Schwab for an initial appearance and arraignment. The Federal Public Defender was appointed to represent Mr. Kraynak.

On December 22, 2017, Raymond Kraynak appeared before Magistrate Judge Susan E. Schwab for a Bail hearing. The Magistrate Judge granted Mr. Kraynak bail and released him.

This case is currently scheduled for jury selection and trial on September 10, 2018 and pretrial motions are currently due on or before August 3, 2018.

On July 17, 2018, Raymond Kraynak filed a motion to continue trial and to extend the deadline for filing pretrial motions. All parties concur in his motion.

Failure to grant a continuance would likely result in a miscarriage of justice.

The ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS ORDERED THAT:

1. This case is continued to the February 2019 trial list.

2. The jury selection currently scheduled to commence on September 10, 2018, is continued until February 4, 2019 at Williamsport, Pennsylvania.

3. The deadline for filing pretrial motions is extended until   January 7, 2019  .

4. The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

BY THE COURT:

*s/ Matthew W. Brann*
_____
**Matthew W. Brann**
**United States District Judge**
**Middle District of Pennsylvania**