**Caption:** United States of America v. Raymond Kraynak

**Case No:** 4:17-CR-00403

**Judge:** Matthew W. Brann

**Date:** August 5, 2020

## GOVERNMENT'S EXHIBIT LIST

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| **Exhibit No. (P/D-#)** | **Exhibit Description** | **Date Identified** | **Date Admitted** | **Witness** |
| G-1 | Toxicology Report for DH | 8/5/2020 | 8/5/2020 | S. Thomas |
| G-2 | Toxicology Report for AK | 8/5/2020 | 8/5/2020 | S. Thomas |
| G-3 | Toxicology Report of ML | 8/5/2020 | 8/5/2020 | S. Thomas |