IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00403 |
| v. | (Judge Brann) |
| RAYMOND KRAYNAK, | |
| Defendant. | |

## ORDER

### NOVEMBER 9, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's motion to exclude the expert testimony of Stephen M. Thomas, M.D. (Doc. 57) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge