# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 4:17-CR-00403 |
| | : |
| v. | : (Judge Brann) |
| | : |
| **RAYMOND KRAYNAK** | : (Electronically Filed) |

## CERTIFICATE OF NON-CONCURRENCE

Thomas A. Thornton and Gerald A. Lord of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney William A. Behe, Esquire, does not concur in the foregoing Motion *in Limine*.

Date: June 7, 2021

*s/Thomas A. Thornton*
Thomas A. Thornton
Assistant Federal Public Defender

*s/Gerald A. Lord*
Gerald A. Lord, Esquire
Assistant Federal Public Defender