# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 4:17-CR-00403 |
| | : |
| v. | : (Judge Brann) |
| | : |
| **RAYMOND KRAYNAK** | : (Electronically Filed) |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2021, upon consideration of the within Motion *in Limine*, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____
MATTHEW W. BRANN
Judge, United States District Court