# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 4:17-CR-00403 |
| v. | | (Judge Brann) |
| RAYMOND KRAYNAK, | | |
| Defendant. | | |

## ORDER

### AUGUST 10, 2021

In accordance with the in-person pretrial conference held August 9, 2021 and pursuant to Federal Rule of Criminal Procedure 17.1, **IT IS HEREBY ORDERED** that:

1. **Jury Selection.** Jury selection will be held on **Tuesday, September 7, 2021** at **9:30 a.m.** in Courtroom 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania. Counsel shall convene with the undersigned prior to jury selection at 9:00 a.m. in Chambers, Suite 401, to discuss any preliminary matters.

2. **Trial.** Trial will commence immediately following jury selection. Trial is currently anticipated to last for approximately three to four weeks. Counsel are attached for jury selection and trial.

3.      **Jury Composition.** Pursuant to Federal Rule of Criminal Procedure 23(b)(1), the jury shall consist of twelve (12) persons. Pursuant to Federal Rule of Criminal Procedure 24(c)(1), the Court will impanel four (4) alternate jurors.

     a.      Pursuant to Federal Rule of Criminal Procedure 24 and by oral agreement of the parties during the pretrial conference, the Government shall have six (6) peremptory challenges, and the Defendant shall have ten (10) peremptory challenges.

     b.      Pursuant to Federal Rule of Criminal Procedure 24 and by oral agreement of the parties during the pretrial conference, the Government shall have two (2) peremptory challenges to the alternate jurors, and the Defendant shall have two (2) peremptory challenges to the alternate jurors.

4.      **Opening Statements and Closing Arguments.** The Government requested approximately forty-five (45) minutes to deliver its opening statement and Defendant requested approximately forty-five (45) minutes to deliver his opening statement. The Government requested approximately sixty (60) minutes to deliver its closing statement and Defendant requested approximately sixty (60) minutes to deliver his closing statement. Pursuant to Federal Rule of Criminal Procedure 29.1, the Government may reserve a portion of the time allotted to deliver its closing argument to deliver a rebuttal to the Defendants' closing arguments.

5.      **Motions *in Limine*.** The Court will dispose of any currently pending motions *in limine* prior to the commencement of trial.

6.      **Exhibits.** No later than **Tuesday, August 31, 2021,** each party shall submit **to the Court**:

a.      Three (3) complete exhibit lists using the form appended to this Order.[1]

b.      One (1) complete set of exhibits for the Court's use, contained in 3-ring binders, in addition to the original which will be offered into evidence.

c.      Counsel shall also submit an electronic copy of their exhibits on a USB flash drive.[2] Documents and photographs shall be in .pdf, .jpg, .bmp, .tif, or .gif format; video and audio recordings shall be in .avi, .wmv, .mpg, .wma, or .wav format. Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. Exhibits filed shall be named consistent with their order and name on the exhibit list.

---

[1]   You may contact Chambers to obtain a Word version of this form.
[2]   Electronic exhibits on the USB flash drive shall be named in conformance with the "Exhibit Formatting Instructions for Batch Importing" available at http://www.pamd.uscourts.gov/jers.

For Example:

1-1_ Picture of house

1-2_ Picture of dog

2_Copy of Mortgage

d.    All parties are expected to use presentation technology available in the courtroom to display evidence to the jury. 6.13 JERS System. Training on the equipment shall be arranged well in advance of trial with the courtroom deputy and/or systems team member, by contacting Kenneth L. Williams, telephone number: (570) 601-8500. See "Programs & Services" link and select "Courtroom Technology" on the district website at www.pamd.uscourts.gov. **Please read thoroughly the "Notice to All Courtroom Technology Users" as well as the section on "Jury Evidence Recording System [JERS]."**

7.    **Witness Lists. By Tuesday, August 31, 2021,** each party shall submit **<u>to the Court</u>** a list of the names of any witnesses it intends to call at trial.

8.    **Sequestration.** Witnesses will be sequestered pursuant to Federal Rule of Evidence 615.

9.    **Stipulations.** If the parties agree to any stipulations, they are to be docketed with the Court in advance of trial and then read to the jury by counsel or the Court at an appropriate time during trial.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

**Caption:**

**Case No:**

**Judge:**

**Date:**

### <u>EXHIBIT LIST</u>

| | Completed by Counsel | | Completed by Courtroom Deputy | |
|---|---|---|---|---|
| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |