IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00403 |
| v. | (Judge Brann) |
| RAYMOND KRAYNAK, | |
| Defendant. | |

### ORDER

AUGUST 10, 2021

In accordance with the accompanying Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. Raymond Kraynak's motion *in limine* (Doc. 119) is **GRANTED** in part and **DENIED** in part;

2. Kraynak's motion is **GRANTED** with respect to evidence related to the referral from Health Integrity, LLC; and

3. Kraynak's motion is **DENIED** in all other respects.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge