# FEDERAL PUBLIC DEFENDER
## MIDDLE DISTRICT OF PENNSYLVANIA

**Chief Federal Public Defender**
Heidi R. Freese

**First Assistant Federal Public Defender**
Ronald A. Krauss

**Chief, Trial Unit**
Lori J. Ulrich

**Chief, Appellate Unit**
Frederick W. Ulrich

**Senior Litigator**
Thomas A. Thornton

**Assistant Federal Public Defenders**
Ari D. Weitzman
Quin M. Sorenson
Melissa B. Porter

**HARRISBURG OFFICE**
100 Chestnut Street, Third Floor
Harrisburg, Pennsylvania 17101
Tel.: 717-782-2237
Fax: 717-782-3881

**Assistant Federal Public Defenders**
Leo A. Latella
   Manager, Scranton Operations
Elliot A. Smith
Brandon R. Reish

**SCRANTON OFFICE**
201 Lackawanna Avenue, Ste. 317
Scranton, Pennsylvania 18503
Tel.: 570-343-6285
Fax: 570-343-6225

**Assistant Federal Public Defender**
Gerald A. Lord

**Staff Attorney**
Tammy L. Taylor

**WILLIAMSPORT OFFICE**
330 Pine Street, Ste. 302
Williamsport, Pennsylvania 17701
Tel.: 570-323-9314
Fax: 570-323-9836

August 13, 2021

William A. Behe, Esquire
George J. Rocktashel, Esquire
Assistant United States Attorney
*VIA EMAIL ONLY*

  RE: *United States v. Raymond Kraynak*
     *Summary of Expert Testimony*

Dear Mr. Behe and Mr. Rocktashel,

Dr. Raymond Kraynak intends to call Dr. Susan Skolly-Danziger as an expert to testify at trial by offering opinions to a reasonable degree of medical certainty under Federal Rules of Evidence 702, 703 and 705. The following is the summary of her testimony which is required under Federal Rule of Criminal Procedure 16.

## Qualifications

The curriculum vitae of Dr. Skolly-Danziger is attached to this document. She graduated from the University of Iowa, College of Pharmacy in 1980 with a bachelor's degree in Pharmaceutical Sciences. She was then in Residency at Northwestern Memorial Hospital in Chicago from 1980 through 1981. Dr. Skolly-Danziger received her MS in Forensic Toxicology in 2008 from the University of Florida, College of Veterinary Medicine. She then achieved an MS in Drug Chemistry from the University of Florida, College of Pharmacy, in 2012.

Dr. Skolly-Danziger was certified by the American Board of Applied Toxicology in 1996. She has been recertified in 2005, 2010, 2015 and 2020. She is licensed to practice as a Pharmacist in Illinois, Florida and Louisiana. She is currently the Pharmacist at the Promise Hospital of Florida and is in private practice at Psychiatric Affiliates, PA. in Maitland, Florida. She has previously been employed as the Central Pennsylvania Poison Center Director at the Milton S. Hershey Medical Center of the Pennsylvania State University from 1997 to 2000. She was the Assistant Director of the University of Miami Jackson Memorial Poison Information Center from 1994 to 1996 and the Poison

August 13, 2021
P a g e 2

Information Specialist at the Cardinal Glennon Children's Hospital in St. Louis from March 1997 to December 1997.

Dr. Skolly-Danziger has written extensively on poisoning and toxicology topics which are detailed in her curriculum vitae. Her presentations and lectures are also contained therein. She has been qualified and accepted for testimony as an expert in the field of Toxicology in both state and federal courts.

*Testimony and Opinions*

Dr. Skolly-Danziger will offer testimony and opinions regarding treatment and prescription practices involving the five patients where Dr. Kraynak is charged with Unlawful Distribution and Dispensing of a Controlled Substance Resulting in Death. (21 USC §841(a)(1)). She will testify as a witness in her areas of expertise which are Toxicology and Pharmacy. She will offer opinions as to whether the Controlled Substance levels found in the blood of the patients is consistent with taking the recommended dose which was written on the prescription bottle. She will testify concerning the terminology used in the medical profession for the purpose of toxicology. Dr. Skolly-Danziger will discuss conduct that is consistent with "generally accepted practices" in the medical management of pain and what conduct falls within the usual course of medical practice and the exercise of medical judgment. She will offer an opinion as to whether the findings of the government's expert are supported by the autopsy and toxicology concerning each patient.

Dr. Skolly-Danziger will discuss the proper collection techniques for blood and other necessary tissues from the patients and the time within which that evidence must be collected before it goes bad. She will note all of the deficiencies in the medical records which indicate failures to follow proper Toxicology protocols. She will offer an opinion that the lack of autopsies for three of the five patients precludes a "but for" conclusion regarding the deaths of each of those patients. Dr. Skolly-Danziger will also offer opinions concerning the conclusions which can be drawn from the Controlled Substances which were found in each of the patient's blood even though it was improperly collected. She will explain what conclusions cannot be drawn as a result of the failure to follow required procedures and problems including specimen tubes, homogenized and resuspended blood, site of blood or tissue collection, and how lack of a time of death impacts toxicology results.

Dr. Skolly-Danziger will offer opinions concerning the underlying conditions of each of the patients and how those conditions would be affected by the Controlled Substances which were prescribed. She will also offer opinions as to whether those underlying conditions are indicators that the patients died as a result of something other than the prescriptions of Dr. Kraynak. She will offer an opinion as to whether the patients would have died if they had followed the instructions on the prescription bottle. Dr. Skolly-Danziger will testify regarding the combinations of Controlled Substances prescribed and the difference between biological and functional tolerance. She will explain the impact of disease on tolerance and offer opinions on discrepancies in the toxicology reports.

August 13, 2021
Page 3

*Basis and Reasons for Opinions*

Dr. Skolly-Danziger will base her opinions on the review of the records provided by the government and received through subpoena. The reasons for her opinions come from Dr. Skolly-Danziger's education, decades of work in the field, writings and teaching through giving presentations to Doctors and other groups as noted in her curriculum vitae.

Sincerely,

Thomas A. Thornton
Assistant Federal Public Defender

TAT/jmg
cc:     Dr. Raymond Kraynak

# Susan M. Skolly–Danziger, Pharm.D, MS, CPh, *DABAT

*Diplomate of the American Board of Applied Toxicology
Psychiatric Affiliates, P.A.
2300 Maitland Center Pkwy, Suite 211, Maitland, FL 32751
C: 561-352-4644  O: 407-679-3401  Email: sskolly@tox2300.com

**EXPERTISE: CLINICAL/FORENSIC TOXICOLOGY AND PHARMACY/PHARMACOLOGY**

### Areas of Assistance

- Involuntary intoxication
- Drug interactions
- Dosing errors/Medication overdose
- Adverse drug reactions
- Medical malpractice
- Drugs of abuse testing/analysis
- Effect of drugs on memory, performance and behavior
- DUI : Alcohol or drugs

### BOARD CERTIFICATIONS:

*Diplomate: American Board of Applied Toxicology (DABAT), 1996 / Recertification of Diplomate status granted: September 2005, September 2010 and October 2015

### LICENSURE:

Illinois, Pharmacist: 51-33333
Florida, Pharmacist: PS-0019844
Florida, Consultant Pharmacist: PU-6335
Louisiana, Pharmacist: PST-020621

### TRAINING AND EDUCATION:

MS in Drug Chemistry – 2012
University of Florida, College of Pharmacy
Gainesville, Florida

MS in Forensic Toxicology – 2008
University of Florida, College of Veterinary Medicine
Gainesville, Florida

Doctor of Pharmacy Degree – 1993
Nova-Southeastern University, College of Pharmacy
Fort Lauderdale, Florida

Bachelor Degree in Pharmaceutical Sciences – 1980
University of Iowa, College of Pharmacy
Iowa City, Iowa

Hospital Pharmacy Residency in General Medicine – 1980-81
Northwestern University, Northwestern Memorial Hospital
Chicago, Illinois; ASHP-accredited

Forensic Chromatography/Headspace Gas – 2013
Chromatography Course; American Chemical Society
Chicago, Illinois

Gas Chromatography – 2013
Fundamentals, Troubleshooting and Method Development;
American Chemical Society
Chicago, Illinois

Immunization training and certification – 2009
State of Florida, Department of Health

Consultant Pharmacy training in Geriatric Pharmaceutical Care – 2008
Preceptor: Consultant Pharmacist- Andrew Loccisano, CPh (Omnicare)

NLM Toxline / ChemID Toxicology Database Search Training – 1997
Certification, Rockville, Maryland

Advanced Cardiac Life Support (ACLS) Training
Certification; 1992, 1998, 2011, 2015, 2017

## CURRENT POSITION:

Pharmacist, Promise Hospital of Florida*
Oxford, Florida (The Villages)
July 2011 to current
* (Interim Director; October 2016 to July 2017)

GEX 1, p. 6

## PROFESSIONAL EXPERIENCE:

Medical Science Liaison – CNS
The Medical Affairs Company, Atlanta, GA
February 2011 to May 2011

Medical Science Liaison – Hematology
ZymoGenetics, Seattle, WA
October 2010 to February 2011

Medical Science Liaison – Pain Management
Adolor Corporation, Exton, PA
July 2009 to October 2010

Medical Affairs Consultant – Alzheimer's disease
Myriad Genetics, Inc., Salt Lake City, UT
May 2008 to November 2008

Medical Liaison – Hematology/Nephrology
Roche Pharmaceuticals, Medical Affairs, Nutley, NJ
October 2006 to January 2008

Senior Medical Liaison – CNS
Sepracor, Inc., Medical Affairs, Marlborough, MA
November 2003 to October 2006

Medical Science Liaison – Psychiatry & Nephrology
Shire US Inc., Research and Development, Newport, KY
January 2003 to November 2003

Regional Medical Scientist – Anti–infectives/Gastroenterology/Metabolic/Neuroscience/Psychiatry
GlaxoWellcome Research and Development
Research Triangle Park, North Carolina
November 1999 to January 2003

Director, Central Pennsylvania Poison Center
PennState University Hospital
The Milton S. Hershey Medical Center, Hershey, PA;
December 1997 to January 2000

Pharmacy Clerkship Instructor for Pharmacy Practice Experience:

- University of the Sciences in Philadelphia (USP), Philadelphia, PA; 1998 to May 2000
- University of Maryland College of Pharmacy Baltimore, Maryland; 1999 to May 2000
- University of Pittsburgh School of Pharmacy Pittsburgh, PA; 1999 to May 2000
- Wilkes University School of Pharmacy, Scranton, PA; 1999 to May 2000
- Duquesne University, Mylan School of Pharmacy Pittsburgh, PA; 1999 to May 2000

Poison Information Specialist
Cardinal Glennon Poison Center
Cardinal Glennon Children's Hospital, St. Louis, Missouri
March 1997 to December 1997

Assistant Director, University of Miami/Jackson Memorial Poison Information Center
Bowman Center, Miami Children's Hospital, Miami, Florida
1994 to 1996

Pharmacy Clinical Coordinator
Palm Beach Regional Hospital, Lake Worth, Florida
1987 to 1994

Registered Assistant Manager / Pharmacist
Gray Drug, Inc., Lake Worth, Florida
1986 to 1987

Clinical Pharmacist
Specialty Practice Areas: Neuro-Critical Care/Surgery, Thoracic, ENT and Orthopedic Surgery
Cook County Hospital, Chicago, Illinois
1981 to 1986

## PART-TIME EMPLOYMENT

Pharmacist, Orlando Central District
August 2008 to August 2009

Pharmacist, Orlando South District
July 2011 to May 2012

Pharmacist, on temporary assignment for GLC ON-THE-90 Healthcare
Location: Aids Healthcare Foundation Pharmacy, Orlando, FL
April 2012 to December 2012

## HONORS AND AWARDS:

Grant award for Poison Center Education and Public Awareness Campaign
Emergency Health Services Federation (EHSF), INC, New Cumberland, PA; 1999

Pharmacist of the Year Award; American Society of Health-System Pharmacists; 1994

Outstanding Regional Society President Award
Florida Society of Health-System Pharmacists; 1993

Rho Chi Honors Society; Delta Chapter
University of Iowa, College of Pharmacy; 1980
Outstanding Academic Performance Award
University of Iowa, College of Pharmacy; 1980

Omicron Delta Kappa (ODK) Honorship Leadership Society, Iota Circle
University of Iowa, College of Pharmacy; 1978

Mortar Board Pharmacy Honors Society
University of Iowa, College of Pharmacy; 1977

## PUBLICATIONS:

Anderson AJ, **Skolly SM**, Maier G: Evaluation of a Pharmacokinetic Interaction between Eszopiclone and Ketoconazole, Poster presented at 2005 American College of Clinical Pharmacy (ACCP) Spring Practice and Research Forum Myrtle Beach, South Carolina, April 10-11, 2005.

Anderson AJ, **Skolly SM**, Maier G: Evaluation of a Pharmacokinetic Interaction between Eszopiclone and Digoxin, Poster presented at 2004 American Society of Health System Pharmacists (ASHP), Orange Country Convention Center Orlando, FL, December 5-9, 2004.

Roth T, Krystal A, Walsh J, Wessel, TC, Roehrs TA, Caron J, **Skolly SM**: Twelve Months of Nightly Eszopiclone Treatment in Patients with Chronic Insomnia: Assessment of Long-Term Efficacy and Safety, Poster presented at 2004 Annual Meeting of the American College of Clinical Pharmacy, Dallas, TX, October 24-27, 2004.

**Skolly SM**, Niewoehner J, Maier G: Pharmacokinetic and Pharmacodynamic Interaction of Eszopiclone and Paroxetine in Healthy Subjects, Poster presented at 2004 Annual Meeting of the American College of Clinical Pharmacy, Dallas, TX, October 24-27, 2004.

**Lizarralde SM**: 1998 Annual Report for the Central Pennsylvania Poison Center, PennState Geisinger Health System, Brose Publishing, Palmyra, PA 1999.

**Lizarralde SM**: Toxic Tips: Nuclear, Biological, and Chemical Weapons of Mass Destruction – Role of Poison Centers, EHSF Dispatch Winter 1999, 16-19.

**Lizarralde SM**: Toxic Tips: The Poison Center Enhancement and Awareness Act of 1999, EHSF Dispatch Summer 1999, 20-22.

**Lizarralde SM**: Toxic Tips: Inhalant Abuse, EHSF Dispatch Spring 1999, 24-26.

**Lizarralde SM**: Toxic tips: Beware of airborne poisons from heating sources, EHSF Dispatch Winter 1999, 23.

**Lizarralde SM**: Focus on The Central PA Poison Center, EHSF Dispatch Winter 1999, 27.

**Lizarralde SM**: 1997 Annual Report for the Central Pennsylvania Poison Center, PennState Geisinger Health System, Brose Publishing, Palmyra, PA 1998.

**Lizarralde SM**, Weisman RS, Thompson VT: Food poisoning (part 2), Florida Pharmacy Today 60(7): 22-23, 1996.

**Lizarralde SM**, Weisman RS, Thompson VT: Food poisoning (part 1), Florida Pharmacy Today 60(6): 22-23, 29, 1996.

**Lizarralde SM**, Weisman RS: The patient with a cough and sore throat: could it be an Occupational exposure? Florida Pharmacy Today 60(2): 18-19, 1996.

Weisman RS, **Lizarralde SM**, Thompson VT: Snake and spider antivenin: risks and benefits of therapy, J Florida M.A. 83(3):192-95, 1996.

**Lizarralde SM** et al: Jewelers. In Greenberg M, Hamilton RJ, Phillips SD, editors: Occupational, industrial, and environmental toxicology, ed 1, St. Louis, 1997, Mosby-Year Book, Inc.

**Skolly SM**: Pretreatment of adverse reactions to radiographic contrast media. Hosp Pharm 21:312-326, 1986.

**Skolly SM**: Auranofin: a new dosage form of systemic gold. Illinois Pharm 10-12, 1995.

**Skolly SM**: Sufentanil citrate injection. Pharmacy Newsletter-Cook County Hosp 8-10, 1985.

## PROFESSIONAL AFFILIATIONS AND ACTIVITIES:

Member, American Academy of Clinical Toxicology, Inc. (AACT); 1992 to present

Member, American Board of Applied Toxicology; 1996 to present

## PRESENTATIONS:

UNIQUE OPPORTUNITIES IN PHARMACY: A Career as an Expert Witness
Invited guest speaker at the Dean's Forum at the University of Iowa, College of Pharmacy
Iowa City, IA; October 6, 2017

THE JUVENILE BRAIN, A Vulnerable Substrate, JUVENILE LAW UPDATE DEPENDENCY AND DELINQUENCY
Office of Criminal Conflict and Civil Regional Counsel, 5th District, Orlando, FL; June 2016

WHAT IS: 11-Nor-9-carboxy-delta-9-tetrahydrocannabinol? TOXICOLOGY FOR THE COURTROOM
Orange County Public Defenders, Orlando, FL; December, 2013

GAS CHROMOTOGRAPHY-MASS SPECTROSCOPY/EXTRACTION METHODS FOR COMMON DRUGS OF ABUSE,
CE Program for Chemists and Laboratory Technicians; One Source Toxicology Lab (HHS/SAMHSA certified Lab), Pasadena, Texas;
July 27, 2012

HOW CAN A TOXICOLOGIST ASSIST WITH STRATEGIES FOR LEGAL DEFENSE?
Seminole County Florida Public Defenders, Orlando, FL; January 28, 2011

FAST-TRACK PROTOCOLS FOR THE ACCELERATION OF GASTOINTESTINAL RECOVERY AFTER BOWEL
RESECTION; Continuing Education Program for Nurses; Florida Hospital, Orlando, FL; September 29, 2010

HOW CAN GENETIC INFORMATION BE APPLIED IN THE MANAGEMENT OF DRUG THERAPY?
Myriad Genetics, Inc., Salt Lake City, UT; April 24, 2009

HOW CAN A TOXICOLOGIST ASSIST WITH STRATEGIES FOR LEGAL DEFENSE?
Orange County Florida Public Defenders, Orlando, FL; April 9, 2009

PHARMACY CSI AS IT APPLIES TO DRUG THERAPEUTIC MONITORING
12th Annual Pharmacy Expo Continuing Education Program for Pharmacists, Orlando, FL; December 2007

A CLOSER LOOK AT DRUGS OF ABUSE: WHAT YOUR MEDICINAL CHEMISTRY INSTRUCTOR NEVER TOLD
YOU! 12th Annual Pharmacy Expo Continuing Education Program for Pharmacists, Boca Raton, FL; October 2007
& Orlando, FL; December 2007

ESZOPICLONE TREATMENT DURING MENOPAUSAL TRANSITION: SLEEP EFFECTS, IMPACT ON MENOPAUSAL
SYMPTOMS AND MOOD, 28th Southern Sleep Society Meeting, Sanibel Island, FL; April 2006

INTERPRETING EVIDENCE IN RESEARCH PAPERS, LECTURES, AND PHARMACEUTICAL COMPANIES SALES,
AIDS...HOW DO YOU KNOW WHEN YOU HAVE BEEN MISLED? Pharmacy Expo 2005; Continuing Education Program for
Pharmacists, Fort Lauderdale, FL; October 2005

CURRENT CONCEPTS IN SLEEP
Continuing Education Meeting: Palm Beach Society of HealthCare Pharmacists, Palm Beach Gardens, FL, April 2005

CONSISTENCY OF PATIENT-REPORTED MEASURES OF EFFICACY AND NEXT DAY FUNCTION OF ESZOPICLONE IN ADULTS WITH CHRONIC INSOMNIA TREATED WITH ESZOPICLONE 3 MG
27th Southern Sleep Society Meeting, New Orleans, LA; April 2005

SLEEP MEDICINE UPDATE
Continuing Education Meeting: Wake and Orange County Pharmacy Association, Raleigh, NC; February 2005

NEW FRONTIERS IN THE TREATMENT OF CHRONIC INSOMNIA
Annual Meeting of South Carolina Psychiatric Association, Charleston, SC; February 2005

CURRENT CONCEPTS IN SLEEP
Pharmacy Expo 2004; Continuing Education Program for Pharmacists, Fort Lauderdale, FL; December 2004

INSOMNIA: NEW INSIGHTS INTO AN OLD PROBLEM
Georgia Academy of Family Physicians 56th Annual Scientific Assembly, Atlanta, GA; November 2004

ADVANCES IN SLEEP MEDICINE
Columbia, SC Psychiatric Society Meeting, Columbia, SC; October 2004

PSYCHIATRIC CO-MORBIDITY OF INSOMNIA
University of Florida, Department of Psychiatry, Gainesville, FL; August 2004

INSOMNIA UPDATE
Eastern Carolina University, Department of Psychiatry, Greenville, NC; July 2004

CAREER CHOICES IN THE PHARMACEUTICAL INDUSTRY
Nova Southeastern University of the Health Sciences, Ft. Lauderdale, FL; April 2004

DEPRESSION IN THE ELDERLY
Pharmacy Expo 2003; Continuing Education Program for Pharmacists, Continuing Education Program for Pharmacists
Ft. Lauderdale, FL; December 2003

ADULT ADHD
Pharmacy Expo 2003; Continuing Education Program for Pharmacists, Continuing Education Program for Pharmacists
Ft. Lauderdale, FL; December 2003

NEW TREATMENTS FOR HYPERPHOSPHATEMIA
National Kidney Foundation Annual Meeting, Dallas, TX; April 2003

DEPRESSION IN THE ELDERLY
Psychiatry Grand Rounds, University of Miami; Dept. of Behavioral Medicine, Miami, FL; December 2002

NEUROTRANSMITTERS IN THE TREATMENT OF DEPRESSION
Psychiatry Grand Rounds, Veterans Administration Medical Center (VAMC), Miami, FL; March 2002

THE ROLE OF NEUROTRANSMITTERS IN THE TREATMENT OF DEPRESSION
American Lung Association of Florida, 9th Annual Pulmonary Symposium, Tallahassee, FL; March 2002

MIGRAINE UPDATE
Pharmacy Expo – 2001, Continuing Education Program for Pharmacists, Ft. Lauderdale, FL; December 2001

ADVANCES IN THE TREATMENT OF MIGRAINE
Palm Beach Society of Health-System Pharmacists, Continuing Education Program for Pharmacists, West Palm Beach, FL; May 2001

BUPROPRION SR UPDATE 2001
Southern Gulf Society of Health-System Pharmacists, Continuing Education Program for Pharmacists, Cape Coral, FL; February 2001

MEDICAL ADVANCES IN THE TREATMENT OF IRRITABLE BOWEL SYNDROME
CE Program for Alabama Pharmacy Association, Samford University, Birmingham, AL; October 2000

ETIOLOGY AND TREATMENT OF IRRITABLE BOWEL SYNDROME
CE Program for BCBS of Alabama – member nurses and Pharmacists, Birmingham, AL; May 2000

ADVANCES IN THE TREATMENT OF IRRITABLE BOWEL SYNDROME
Florida Academy of Physicians Assistants, Annual Meeting Continuing Education Symposium; Orlando, FL; February 2000

THE VALUE OF MEDICINES
Outreach Program providing information on economics and benefits of Medicines, Lancaster League of Women's Voters / Hershey Lion's Club, Lancaster / Hershey, PA; February 2000

AMERICA'S FAVORITE POISONS -- YEAR 1998
Continuing Education Program for Pharmacists, The Southeastern Chapter of Pennsylvania Society of Health-System Pharmacists Harrisburg, PA; December 1999

CALCIUM CHANNEL BLOCKER TOXICITY
Center for Emergency Medicine, Continuing Education Meeting for Physicians, Medical residents, & Pharm.D.'s
Hershey Medical Center, Hershey, PA; August 1999

THE POISON CENTER ENHANCEMENT AND AWARENESS ACT OF 1999
House of Representatives – Pennsylvania Delegation, Washington, DC; August 1999

CURRENT TRENDS IN POISONING AND OVERDOSE
St. Joseph Hospital, Department of Emergency Medicine, Physician's Continuing Education Meeting, Lancaster, PA; July 1999

POISON AWARENESS / SENATE BILL 632 & HOUSE BILL 1221
Poison Center Summer Benefit Concert, Nissley Vineyards, Bainbridge, PA; July 1999

PREVENTION AND TREATMENT OF COMMON HOUSEHOLD PLANT INGESTION
Women and Children's Health Education Council, Lancaster General Hospital, Lancaster, PA; April 1999

MERCURY, ARSENIC, AND LEAD POISONING
Society of Women Environmental Professionals Conference, Penn State Geisinger Health System, Hershey, PA, March 1999

OVERDOSES & TOXICOLOGY FOR EMS
Berwyn Fire Company Educational Forum, Berwyn, PA; February 1999

TRENDS IN POISON CONTROL MANAGEMENT
Prehospital Services, Penn State Health System, Hershey, Pennsylvania; November 1998

POISON CONTROL
Pennsylvania Association for Medical Transcription, Harrisburg, Pennsylvania; April 1998

MARINE TOXICOLOGY: STINGS AND ENVENOMATIONS
XVII International Congress of the European Association, of Poison Centres and Clinical Toxicologists, Marseille, France; June 1996

THE PEDIATRIC POPULATION – TARGETS FOR TOXICITY
3rd Annual Miami Children's Hospital / Pediatric Trauma Conference, Miami Children's Hospital; Miami, Florida; December 1995

TRENDS IN POISONING EXPOSURES & FATALITIES
"AMERICA'S FAVORITE POISONS", Florida Rural Health Association Annual Meeting, Orlando, Florida; October 1995

TRENDS IN POISONING EXPOSURES & FATALITIES
"AMERICA'S FAVORITE POISONS", Lower Florida Keys Hospital Annual Meeting, Key West, Florida, October 1995

HAZARDOUS MATERIALS PHARMACOLOGY
University of Miami School of Medicine, Medical Training and Simulation Laboratory, Miami, Florida; Fall/Spring Seminars, 1995

POISONING IN THE 90's
Association of Public Safety Communications Officials International, Inc. (APCO), 1995 National Meeting Ft. Myers, Florida; April 1995

HAZARDOUS CHEMICALS AND SAFETY FOR JEWELERS
Luria's Department Store, Miami Lakes, Florida; February 1995

POISONING IN THE 90's
Presented at the US Army Recruiting Battalion Annual Training Conference and Health Fair, Miami, Florida; December 1994

TOXICOLOGY LECTURE SERIES: COMMON DRUGS OF ABUSE & FLORIDA'S NATURAL POISONS
Presented at the Federation of Osteopathic Medical Association Annual Meeting, Jupiter, Florida; December 1994

THE TOP TEN MOST LETHAL POISONS
Grand Rounds, Charter Hospital of the Palm Beaches, West Palm Beach, FL; July 1994

HOMEOPATHIC MEDICATIONS: DANGEROUS OR DANGER-LESS?
Presented at the Florida Society of Hospital Pharmacist's, 1994 Annual Meeting, Orlando, Florida; August 1994

MANAGEMENT AND PREVENTION OF HOME POISONINGS
Community Education Program Series, The Jewish Community Center (JCC), West Palm Beach, Florida; 1993 – 1994 programs

TALKING ABOUT MEDICATION WITH YOUR DOCTOR
Community Program, sponsored by Palm Beach Regional Hospital, Lake Worth, Florida; September 1993

EMERGENCY MANAGEMENT OF TRICYCLIC ANTIDEPRESSANT OVERDOSES
Grand Rounds, Palm Beach Regional Hospital, Lake Worth, Florida; August 1993

APPROVED AND UNAPPROVED USES FOR INTRAVENOUS IMMUNOGLOBULIN (IGIV)
Bay Pines Veterans Administration Medical Center, Bay Pines, Florida; August 1992

CYCLOSPORINE THERAPY IN THE TREATMENT OF CHRONIC VIRAL MYOCARDITIS
Bay Pines Veterans Administration Medical Center, Bay Pines, Florida; July 1992

THE COMBINED USE OF INSULIN AND SULFONYLUREAS IN TYPE II DIABETICS
Bay Pines Veterans Administration Medical Center, Bay Pines, Florida; June 1992

BETA BLOCKERS FOR THE TREATMENT OF DIASTOLIC DYSFUNCTION
Boca Raton Community Hospital, Boca Raton, Florida; May 1992

CONGESTIVE HEART FAILURE – PHARMACOLOGIC INTERVENTIONS
Pharmacy Corporation of America (PCA), Boynton Beach, Florida; March 1992

HEMODYNAMIC BLOOD PRESSURE MONITORING USING A RIGHT HEART FLOTATION CATHETER; A DISCUSSION FOR PHARMACISTS, Miami Heart Institute, Miami Beach, Florida; January 1992

CANCER CHEMOTHERAPY
Nursing In-service Lectures, Palm Beach Regional and Good Samaritan Hospitals, West Palm Beach, Florida; 1990 – 1993

NEW DRUGS APPROVED IN THE LAST 2 YEARS
Palm Beach Community College – Central and North Campuses, West Palm Beach, Florida; 1988 – 1991

MEDICATIONS AND THE OSTOMY PATIENT
Palm Beach County Chapter of the United Ostomy Association, Lake Worth, Florida 1988

MEDICATIONS AND INTERACTIONS WITH FOOD, VITAMINS, AND OTHER DRUGS
American Lung Association of Southeast Florida, West Palm Beach, Florida; 1988

COCAINE ABUSE – LECTURE SERIES (3)
Palm Beach County Public Fire & Safety, West Palm Beach, Florida; 1986 – 1988

THE TREATMENT OF HUMAN BITE WOUNDS
Cook County Hospital, Grand Rounds, Chicago, Illinois; 1986

THE TREATMENT OF TUBERCULOSIS MENINGITIS
Grand Rounds, Department of Neurosurgery, University of Illinois; Chicago, Illinois; 1986

NEUROSURGERY MEDICATIONS
Cook County School of Nursing, Chicago, Illinois; 1981 – 1986