IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00403 |
| v. | (Chief Judge Brann) |
| RAYMOND KRAYNAK, | |
| Defendant. | |

## ORDER

### SEPTEMBER 3, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Government's motion to exclude the expert testimony of Dr. Skolly-Danziger (Doc. 164) is **GRANTED**; and

2. Dr. Skolly-Danziger's expert opinion is **EXCLUDED** from admission at trial.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge