**Caption:**   **USA v. Kraynak**

**Case No:**   **4: 17-CR-00403**

**Judge:**   **Matthew W. Brann**

**Date:**   **August 26, 2021**

## DEFENDANT'S EXHIBIT LIST

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
| D-501 | Report of Susan M. Skolly-Dazinger | | 8/26/2021 | |
| D-502 | CV of Susan M. Skolly-Dazinger | | 8/26/2021 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |