IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00403 |
| v. | (Chief Judge Brann) |
| RAYMOND KRAYNAK, | |
| Defendant. | |

## ORDER

### AUGUST 8, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Kraynak's motions to withdraw his guilty plea (Docs. 233, 249, 253) are **DENIED**; and

2. The parties are **DIRECTED** to provide a copy of this Order, along with the accompanying Memorandum Opinion, in any joint appendix produced on appeal should either party take an appeal of this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge